ACCEPTED
03-15-00204-CV
5909465
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 5:28:31 PM
JEFFREY D. KYLE
CLERK



# Gammon Law Office, PLLC

## "We Represent the Good Guys" ®

William B. Gammon
Anthony G. Read

Attorneys At Law
1201 Spyglass Drive | Suite 100
Austin, Texas 78746
512-444-4529 / 888-545-4279 (Fax)
www.GammonLawOffice.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 5:28:31 PM
JEFFREY D. KYLE
Clerk

July 1, 2015

Jeffrey D. Kyle                                    *Via ProDoc Efiling*
CLERK, 3RD COURT OF APPEALS
PO Box 12547
Austin, Texas 78711

**RE:**   Cause No. 03-15-00204-CV; *Shanon Quinette Simes v. Distressed Asset Solutions Fund I, LLC*; In the Court of Appeals, Third District of Texas

Mr. Kyle:

The parties have decided to settle the above styled matter. Currently the settlement documents are being drafted and we will nonsuit the case when said documents are agreed upon and signed by all parties.

Respectfully,

E. Jason Billick

CC:
Jeff Kelly                                         *Via ProDoc Efiling*
THE KELLY LEGAL GROUP, PLLC
P.O. Box 2125
Austin, Texas 78768

Settlement | *Sims v. Distressed Asset Solution*